# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>MARBIL CALEF BAUTISTA-DIAZ,<br><br>　　　　　　　Defendant. | Case No. 17cr0302-JLS<br><br>**ORDER AND JUDGMENT OF DISMISSAL** |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Information, Dkt. 12. in the above-entitled case be dismissed without prejudice.

IT IS SO ORDERED.

Dated:  March 29, 2017

　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　United States District Judge